## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WESLEY MCANALLY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CIVIL ACTION NO. 5:24-cv-1393 |
| ELITE FIBER, LLC, JOHN MUSCHALEK AND LINDA MUSCHALEK, INDIVIDUALLY, | § § § § § | |
| DEFENDANTS | § | |

### NOTICE OF FILING OF CONSENTS

Plaintiff Wesley McAnally files the following consents which are attached hereto as Exhibit A in connection with the above-entitled and numbered action:

1. Tony Neira;

2. Andres Vasquez;

3. Roger Bermea;

4. Devon King;

5. Johnny Faz, and

6. Joshua Cano

Respectfully submitted,

WELMAKER LAW, PLLC


<u>/s/  Douglas B. Welmaker</u>
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com