EXHIBIT A

## **CONSENT TO JOIN FLSA LAWSUIT**

I understand that I may be eligible to join the action filed by Wesley McAnally ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from Elite Fiber, LLC, and John and Linda Musnick ("Defendants").

By filing this consent, I understand that I designate the Named Plaintiff, hereinafter the "Representative Plaintiff," as my agent to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendants including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Representative Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act Litigation against Defendants. These decisions and agreements made and entered into by the Representative Plaintiff will be binding on me if I sign this consent.

I understand that the Representative Plaintiff has entered into a Representation Agreement ("Representation Agreement") with Welmaker Law PLLC ("Law Firm") which applies to all Plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Representative Plaintiff's counsel.

I agree and understand that the Law Firm and/or the Representative Plaintiff may in the future appoint other individuals to be Representative Plaintiffs in Fair Labor Standards Act Litigation against Defendants. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendants. I further acknowledge that this consent is intended to be filed to recover my wages against Defendants whether in the action with the Named Plaintiff or in any subsequent action (including any arbitration) that may be filed on my behalf for such recovery.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any settlement that may be negotiated on behalf of all Plaintiff.

I consent to join in the action as an Opt-In Plaintiff to recover my unpaid wages.

_____        12 / 03 / 2024
Signature                                                                  Date

Tony Neira
Printed Name

## **CONSENT TO JOIN FLSA LAWSUIT**

I understand that I may be eligible to join the action filed by Wesley McAnally ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from Elite Fiber, LLC, and John and Linda Musnick ("Defendants").

By filing this consent, I understand that I designate the Named Plaintiff, hereinafter the "Representative Plaintiff," as my agent to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendants including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Representative Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act Litigation against Defendants. These decisions and agreements made and entered into by the Representative Plaintiff will be binding on me if I sign this consent.

I understand that the Representative Plaintiff has entered into a Representation Agreement ("Representation Agreement") with Welmaker Law PLLC ("Law Firm") which applies to all Plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Representative Plaintiff's counsel.

I agree and understand that the Law Firm and/or the Representative Plaintiff may in the future appoint other individuals to be Representative Plaintiffs in Fair Labor Standards Act Litigation against Defendants. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendants. I further acknowledge that this consent is intended to be filed to recover my wages against Defendants whether in the action with the Named Plaintiff or in any subsequent action (including any arbitration) that may be filed on my behalf for such recovery.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any settlement that may be negotiated on behalf of all Plaintiff.

I consent to join in the action as an Opt-In Plaintiff to recover my unpaid wages.

_[signature]_                                                    12 / 02 / 2024
Signature                                                         Date

Andres Vasquez
Printed Name

Doc ID: 313c4a98da7d344f013ebe5c814614aee6796c87

## CONSENT TO JOIN FLSA LAWSUIT

I understand that I may be eligible to join the action filed by Wesley McAnally ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from Elite Fiber, LLC, and John and Linda Musnick ("Defendants").

By filing this consent, I understand that I designate the Named Plaintiff, hereinafter the "Representative Plaintiff," as my agent to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendants including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Representative Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act Litigation against Defendants. These decisions and agreements made and entered into by the Representative Plaintiff will be binding on me if I sign this consent.

I understand that the Representative Plaintiff has entered into a Representation Agreement ("Representation Agreement") with Welmaker Law PLLC ("Law Firm") which applies to all Plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Representative Plaintiff's counsel.

I agree and understand that the Law Firm and/or the Representative Plaintiff may in the future appoint other individuals to be Representative Plaintiffs in Fair Labor Standards Act Litigation against Defendants. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendants. I further acknowledge that this consent is intended to be filed to recover my wages against Defendants whether in the action with the Named Plaintiff or in any subsequent action (including any arbitration) that may be filed on my behalf for such recovery.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any settlement that may be negotiated on behalf of all Plaintiff.

I consent to join in the action as an Opt-In Plaintiff to recover my unpaid wages.

_____     12 / 02 / 2024
Signature                         _____
                                  Date

Roger Bermea
_____
Printed Name

## CONSENT TO JOIN FLSA LAWSUIT

I understand that I may be eligible to join the action filed by Wesley McAnally ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from Elite Fiber, LLC, and John and Linda Musnick ("Defendants").

By filing this consent, I understand that I designate the Named Plaintiff, hereinafter the "Representative Plaintiff," as my agent to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendants including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Representative Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act Litigation against Defendants. These decisions and agreements made and entered into by the Representative Plaintiff will be binding on me if I sign this consent.

I understand that the Representative Plaintiff has entered into a Representation Agreement ("Representation Agreement") with Welmaker Law PLLC ("Law Firm") which applies to all Plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Representative Plaintiff's counsel.

I agree and understand that the Law Firm and/or the Representative Plaintiff may in the future appoint other individuals to be Representative Plaintiffs in Fair Labor Standards Act Litigation against Defendants. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendants. I further acknowledge that this consent is intended to be filed to recover my wages against Defendants whether in the action with the Named Plaintiff or in any subsequent action (including any arbitration) that may be filed on my behalf for such recovery.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any settlement that may be negotiated on behalf of all Plaintiff.

I consent to join in the action as an Opt-In Plaintiff to recover my unpaid wages.

_____    11 / 28 / 2024
Signature                                                           Date

Devon King
Printed Name

## CONSENT TO JOIN FLSA LAWSUIT

I understand that I may be eligible to join the action filed by Wesley McAnally ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from Elite Fiber, LLC, and John and Linda Musnick ("Defendants").

By filing this consent, I understand that I designate the Named Plaintiff, hereinafter the "Representative Plaintiff," as my agent to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendants including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Representative Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act Litigation against Defendants.  These decisions and agreements made and entered into by the Representative Plaintiff will be binding on me if I sign this consent.

I understand that the Representative Plaintiff has entered into a Representation Agreement ("Representation Agreement") with Welmaker Law PLLC ("Law Firm") which applies to all Plaintiffs who file this consent.  If I sign this consent, I agree to be bound by the Representation Agreement.  I further understand that I may obtain a copy of the Representation Agreement by requesting it from Representative Plaintiff's counsel.

I agree and understand that the Law Firm and/or the Representative Plaintiff may in the future appoint other individuals to be Representative Plaintiffs in Fair Labor Standards Act Litigation against Defendants.  I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendants.  I further acknowledge that this consent is intended to be filed to recover my wages against Defendants whether in the action with the Named Plaintiff or in any subsequent action (including any arbitration) that may be filed on my behalf for such recovery.

By choosing to file this consent, I understand that I will be bound by a judgment of the court.  I will also be bound by and will share in any settlement that may be negotiated on behalf of all Plaintiff.

I consent to join in the action as an Opt-In Plaintiff to recover my unpaid wages.

_____       11 / 28 / 2024
Signature                             _____
                                      Date

 Johnny Faz_____
Printed Name

Doc ID: 38e9ce884a25389b710eadfdaefffd4e3ef1dbd9

## CONSENT TO JOIN FLSA LAWSUIT

I understand that I may be eligible to join the action filed by Wesley McAnally ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from Elite Fiber, LLC, and John and Linda Musnick ("Defendants").

By filing this consent, I understand that I designate the Named Plaintiff, hereinafter the "Representative Plaintiff," as my agent to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendants including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Representative Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act Litigation against Defendants. These decisions and agreements made and entered into by the Representative Plaintiff will be binding on me if I sign this consent.

I understand that the Representative Plaintiff has entered into a Representation Agreement ("Representation Agreement") with Welmaker Law PLLC ("Law Firm") which applies to all Plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Representative Plaintiff's counsel.

I agree and understand that the Law Firm and/or the Representative Plaintiff may in the future appoint other individuals to be Representative Plaintiffs in Fair Labor Standards Act Litigation against Defendants. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendants. I further acknowledge that this consent is intended to be filed to recover my wages against Defendants whether in the action with the Named Plaintiff or in any subsequent action (including any arbitration) that may be filed on my behalf for such recovery.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any settlement that may be negotiated on behalf of all Plaintiff.

I consent to join in the action as an Opt-In Plaintiff to recover my unpaid wages.

_____   11 / 27 / 2024
Signature                         Date

Joshua Cano
Printed Name