# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 804286009 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | October 25, 2021 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32081603303 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Elite Fiber LLC | | |
| **Address:** | 29576 COPPER XING BULVERDE, TX 78163-2488 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | **Address** | | | | **Inactive Date** |
| John Muschalek | | 29576 Copper Crossing Bulverde, TX 78163 USA | | | | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

