GF# ___GF# 2448189___

San Antonio- Bitters            General Warranty Deed with Vendor's Lien

Notice of confidentiality rights: If you are a natural person, you may remove or strike any or all of the following information from any instrument that transfers an interest in real property before it is filed for record in the public records: your Social Security number or your driver's license number.

Date:      October 11, 2024

Grantor:  Marshal Chase Kyzar and wife, Crystal L. Carrio Kyzar

Grantee:  John Jace Muschalek and Linda Muschalek, husband and wife

*817 Paddy Road*
*Floresville TX 78114*

Consideration: Ten and No/100ths ($10.00) Dollars, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and confessed, and the further consideration of the execution and delivery by said Grantee of a certain Promissory Note in the principal amount of $667,838.00, of even date herewith, payable to the order of Highlands Residential Mortgage, LTD, hereinafter referred to as the "Mortgagee", bearing interest at the rate therein provided. The note is secured by a vendor's lien retained in this deed in favor of Highlands Residential Mortgage, LTD, and by a deed of trust of even date from Grantee to Allan B. Polunsky, Trustee.

Whereas the Mortgagee has, at the special instance and request of Grantee, paid to Grantor a portion of the purchase price of the Property, as included in the above-described Promissory Note, the said vendor's lien against the Property securing the payment of the Promissory Note and superior title are hereby assigned, transferred and delivered to Mortgagee, Grantor hereby conveying to said Mortgagee the superior title to the Property, subrogating said Mortgagee to all the rights and remedies of Grantor in the premises by virtue of said lien.

Property (including any improvements): Lot 164, The Estates at Shannon Ridge, Unit Three, as shown on plat recorded in Volume 8, Page 10, Plat Records, Wilson County, Texas.

Reservations from Conveyance: None.

Exceptions to Conveyance and Warranty: Vendor's lien and superior title retained in this deed, validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property; validly existing rights of adjoining owners in any walls and fences situated on a common boundary; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; and taxes for the current year, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with



EXHIBIT 3

any and all improvements and all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

It is expressly agreed that the vendor's lien herein described and superior title are retained in favor of the payee of the Promissory Note hereinabove described against the Property and any improvements thereon, until said Promissory Note and all interest thereon shall have been fully paid according to the terms thereof, at which time this deed will become absolute.

When the context requires, singular nouns and pronouns include the plural.

_____
Marshal Chase Kyzar

_____
Crystal L. Carrio Kyzar

THE STATE OF ~~TEXAS~~ Florida §
COUNTY OF Broward §

This instrument was acknowledged before me on this 11 day of October, 2024, by Marshal Chase Kyzar.

[Notary Seal: CINDY BASSEL, Notary Public - State of Florida, Commission # HH 131555, My Comm. Expires Jun 28, 2025, Bonded through National Notary Assn.]

_____
Notary Public, State of ~~Texas~~ Florida
Cindy Bassel

THE STATE OF ~~TEXAS~~ Florida §
COUNTY OF Broward §

This instrument was acknowledged before me on this 11 day of October, 2024, by Crystal L. Carrio Kyzar.

[Notary Seal: CINDY BASSEL, Notary Public - State of Florida, Commission # HH 131555, My Comm. Expires Jun 28, 2025, Bonded through National Notary Assn.]

_____
Notary Public, State of ~~Texas~~ Florida
Cindy Bassel

After Recording Return To:
John Jace Muschalek and Linda Muschalek

817 Paddy Road
Floresville TX 78114

## Wilson County
## Genevieve
## Martinez
### Wilson County Clerk

**Instrument Number:** 146608

eRecording - Real Property

GENERAL WARRANTY

Recorded On: October 14, 2024 01:53 PM     Number of Pages: 3

" Examined and Charged as Follows: "

Total Recording: $29.00

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**                              **Record and Return To:**

Document Number:       146608                      Corporation Service Company
Receipt Number:        20241011000009
Recorded Date/Time:    October 14, 2024 01:53 PM
User:                  Krystle H
Station:               cclerk05



STATE OF TEXAS
COUNTY OF WILSON

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Wilson County, Texas.

Genevieve Martinez
Wilson County Clerk
Floresville, TX