UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WESLEY MCANALLY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>ELITE FIBER, LLC, JOHN MUSCHALEK AND LINDA MUSCHALEK, INDIVIDUALLY,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:24-cv-1393 |

## ORDER ALLOWING ALTERNATIVE SERVICE

Pending for consideration before the Court is the Plaintiff's Motion for Alternative Service of Process. After consideration of the Motion, the Court is of the opinion that it should be granted. It is, therefore, ORDERED that the Plaintiff may accomplish service on John Muschalek, Linda Muschalek, and Elite Fiber LLC by mailing a copy of the complaint, order for conference and summonses, as well as a copy of any order authorizing alternative service issued by this Court to John Muschalek, Linda Muschalek, and Elite Fiber, LLC at 817 Paddy Rd., Floresville, Texas 78114 by both regular and certified mail.

Signed on __January 16__, 2025 at San Antonio, Texas.

_____
Henry J. Bemporad,
United States Magistrate Judge