

**From:** DoNotReply@ereceipt.usps.gov
**Subject:** USPS eReceipt
**Date:** January 18, 2025 at 12:15 PM
**To:** VILMA@buenkerlaw.com VILMA@BUENKERLAW.COM

```
                    UNITED STATES
                    POSTAL SERVICE ®

                        PASADENA
                    1199 PASADENA BLVD
                   PASADENA, TX 77501-9998
                      (800)275-8777
01/18/2025                                      12:14 PM
---------------------------------------------------------
Product                     Qty        Unit       Price
                                       Price
---------------------------------------------------------
First-Class Mail®            1                    $3.15
Large Envelope
    Floresville, TX 78114
    Weight: 0 lb 6.20 oz
    Estimated Delivery Date
        Wed 01/22/2025
    Certified Mail®                               $4.85
        Tracking #:
            70201810000129396175
    Return Receipt                                $4.10
        Tracking #:
            9590 9402 4495 8248 1831 89
Total                                            $12.10
First-Class Mail®            1                    $2.31
Large Envelope
    Floresville, TX 78114
    Weight: 0 lb 3.40 oz
    Estimated Delivery Date
        Wed 01/22/2025
    Certified Mail®                               $4.85
        Tracking #:
            70142120000130485981
    Return Receipt                                $4.10
        Tracking #:
            9590 9402 4495 8248 1832 33
Total                                            $11.26
First-Class Mail®            1                    $2.31
Large Envelope
    Floresville, TX 78114
    Weight: 0 lb 3.20 oz
    Estimated Delivery Date
        Wed 01/22/2025
First-Class Mail®            1                    $2.87
Large Envelope
    Floresville, TX 78114
    Weight: 0 lb 5.90 oz
    Estimated Delivery Date
        Wed 01/22/2025

---------------------------------------------------------
Grand Total:                                     $28.54
---------------------------------------------------------
Credit Card Remit                                $28.54
    Card Name: VISA
    Account #: XXXXXXXXXXXX6227
    Approval #: 03452G
    Transaction #: 705
    AID: A0000000031010         Chip
    AL: VISA CREDIT
    PIN: Not Required      CHASE VISA
---------------------------------------------------------
          Text your tracking number to 28777 (2USPS)
          to get the latest status. Standard Message
          and Data rates may apply. You may also
          visit www.usps.com USPS Tracking or call
                      1-800-222-1811.

                      Preview your Mail
                      Track your Packages
                      Sign up for FREE @
                 https://informeddelivery.usps.com

              All sales final on stamps and postage.
              Refunds for guaranteed services only.
                    Thank you for your business.

                 Tell us about your experience.
                  Go to: https://postalexperience.com/pos?mt=9
                    or call 1-800-410-7420.

---------------------------------------------------------
UFN: 486845-0501
Receipt #: 840-57700160-1-7025780-2
Clerk: 9

Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
```

**EXHIBIT 1**

```
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.
```



