# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

✕

**EXHIBIT
2**

Your item arrived at our USPS facility in OKLAHOMA CITY OK DISTRIBUTION CENTER on February 9, 2025 at 9:14 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

OKLAHOMA CITY OK DISTRIBUTION CENTER
February 9, 2025, 9:14 am

FLORESVILLE, TX 78114
February 5, 2025, 2:09 pm

January 27, 2025

FLORESVILLE, TX 78114
January 21, 2025, 4:14 pm

SAN ANTONIO TX DISTRIBUTION CENTER
January 20, 2025, 11:27 am

January 19, 2025

NORTH HOUSTON TX DISTRIBUTION CENTER
January 18, 2025, 8:52 pm

PASADENA, TX 77501
January 18, 2025, 3:03 pm

PASADENA, TX 77501
January 18, 2025, 12:12 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U₁psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

✕

Your item arrived at our USPS facility in OKLAHOMA CITY OK DISTRIBUTION CENTER on February 9, 2025 at 9:14 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

OKLAHOMA CITY OK DISTRIBUTION CENTER
February 9, 2025, 9:14 am

FLORESVILLE, TX 78114
February 5, 2025, 2:09 pm

January 27, 2025

FLORESVILLE, TX 78114
January 21, 2025, 4:15 pm

FLORESVILLE, TX 78114
January 21, 2025, 7:26 am

SAN ANTONIO TX DISTRIBUTION CENTER

January 20, 2025, 11:26 am

January 19, 2025

NORTH HOUSTON TX DISTRIBUTION CENTER
January 18, 2025, 8:52 pm

PASADENA, TX 77501
January 18, 2025, 3:03 pm

PASADENA, TX 77501
January 18, 2025, 12:13 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)**

---

Text & Email Updates ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback