UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WESLEY MCANALLY on Behalf of Himself and All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-1393-JKP (HJB) |
| ELITE FIBER, LLC, JOHN MUSCHALEK, and LINDA MUSCHALEK, | § § § § | |
| Defendants. | § § | |

**ORDER SETTING
VIDEO CONFERENCE**

Before the Court is the status of this case in which pretrial and scheduling matters were referred to the undersigned on today's date pursuant to 28 U.S.C. § 636(b). (Docket Entry 5.) It is hereby **ORDERED** that a Status Conference will be held on **March 28, 2025**, at **10:30 A.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

> https://txwd-uscourts.zoomgov.com/j/16126018188
> **Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. If experiencing any technical difficulties, counsel should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on March 4, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge