UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WESLEY MCANALLY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CIVIL ACTION NO. 5:24-cv-1393 |
| ELITE FIBER, LLC, JOHN MUSCHALEK AND LINDA MUSCHALEK, INDIVIDUALLY, | § § § § § | |
| DEFENDANTS | § | |

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff Wesley McAnally has effected service on all three Defendants (Dkt. 10) in this matter pursuant to the order for alternative service entered by this Court (Dkt. 9). Service occurred on January 22, 2025 with answer date of February 12, 2025, making all Defendants' answers overdue. Since Defendants have not appeared, Plaintiff requests that a clerk's default be entered as to all three Defendants. Plaintiff and the opt-in plaintiffs will promptly file a motion for entry of default judgment against the Defendants.

Respectfully submitted,

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
P. O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com
ATTORNEY FOR PLAINTIFF

1

## Certificate of Service

      I hereby certify that on March 6, 2025, I electronically filed a copy of this pleading and mailed it to John Muschalek, Linda Muschalek, and Elite Fiber, LLC at 817 Paddy Rd., Floresville, Texas 78114.

                              */s/ Josef F. Buenker*
                              Josef F. Buenker