UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WESLEY MCANALLY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CIVIL ACTION NO. 5:24-cv-1393 |
| ELITE FIBER, LLC, JOHN MUSCHALEK AND LINDA MUSCHALEK, INDIVIDUALLY, | § § § § § | |
| DEFENDANTS | § | |

## ORDER ON ENTRY OF DEFAULT

After considering Plaintiff's request for entry of default against Defendants, the affidavits, and other evidence on file, the Court:

FINDS that the record supports entry of default and ORDERS the clerk to enter default against Defendants Elite Fiber, LLC, John Muschalek, and Linda Muschalek.

SIGNED on _____, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge