UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**March 7, 2025**

Wesley McAnally

    Plaintiff,

V.                                                           5:24-CV-01393-JKP

Elite Fiber, LLC et.al

    Defendant.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on Plaintiff's Complaint, has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for plaintiff that defendant(s) has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant(s) is hereby entered:

**Elite Fiber, LLC., John Muschalek, and Linda Muschalek**

                                              PHILIP J. DEVLIN, CLERK
                                              UNITED STATES DISTRICT COURT

                                              By:_____
                                              Rose Rodriguez, Deputy Clerk