UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WESLEY MCANALLY on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ELITE FIBER, LLC, JOHN MUSCHALEK, and LINDA MUSCHALEK, <br><br> Defendants. | § § § § § § § § § § § § § § SA-24-CV-1393-JKP |

**ORDER CANCELLING STATUS CONFERENCE
AND RETURNING CASE TO DISTRICT COURT**

In light of the Default Entry by Clerk [Against All Defendants] (Docket Entry 13) entered on March 7, 2025, it is hereby **ORDERED** that the Status Conference on March 28, 2025, is **CANCELLED**. The parties are excused from appearing on that date.

It is **FURTHER ORDERED** that above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on March 11, 2025.

Henry J. Bemporad
United States Magistrate Judge