IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WESLEY MCANALLY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br>     Plaintiffs <br><br> vs. <br><br> ELITE FIBER, LLC, JOHN MUSCHALEK AND LINDA MUSCHALEK <br>     Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:24-cv-1393-JKP-HJB |

**ORDER GRANTING LEAVE AND SETTING ASIDE CLERK'S ENTRY OF DEFAULT**

On this day, Defendants' Motion for Leave was heard before this Court. The Court, having considered the Motions, any response and the evidence presented, finds that the Motions should be GRANTED. It is therefore:

ORDERED, ADJUDGED AND DECREED that the Clerk's Entry of Default is hereby set aside.

It is FURTHER ORDERED Defendants' Motion is GRANTED, and that Defendants shall have until April _____ , 2025, to file any and all responsive pleadings to Plaintiffs' Original Complaint.

SIGNED on_____2025.

_____
UNITED STATES DISTRICT JUDGE

7