UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WESLEY MCANALLY on Behalf of Himself and All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-1393-JKP (HJB) |
| ELITE FIBER, LLC, JOHN MUSCHALEK, and LINDA MUSCHALEK, | § § § § | |
| Defendants. | § § | |

**ORDER**

The matter before the Court is Defendants' [Unopposed] Notice of Appearance, Motion to Set Aside Clerk Entry of Default, and Motion for Leave to Extend Time to File Answer and Responsive Pleading Prior to the Entry of Default Judgment, and Subject Thereto, Motion to Dismiss. (Docket Entry 15.) Pretrial and scheduling matters have been re-referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 16.)

It is hereby **ORDERED** that Defendants' motion (Docket Entry 15) is **GRANTED**, and the Default Entry by Clerk (Docket Entry 13) is **SET ASIDE**. It is **FURTHER ORDERED** that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint (Docket Entry 1) is extended to **April 4, 2025**.

**SIGNED** on March 25, 2025.

Henry J. Bemporad
United States Magistrate Judge