UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Please Choose Division  SAN ANTONIO

WESLEY MCANNALLY, O/B/O HIMSELF
AND ALL OTHERS SIMILARY SITUATED

vs.                                                    Case No.: 5:24-cv-1393-JKP-HJB

ELITE FIBER, LLC, JOHN MUSCHALEK
AND LINDA MUSCHALEK

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Christopher Ramey, counsel for Elite Fiber, LLC, John and Linda Muschalek, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Christopher Ramey may appear on behalf of Elite Fiber, LLC, John and Linda Muschalek in the above case.

IT IS FURTHER ORDERED that Christopher Ramey, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of April, 20 25 ___.

_____
UNITED STATES MAGISTRATE JUDGE