UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WESLEY MCANALLY On Behalf of Himself and All Others Similarly Situated,<br>    *Plaintiffs*,<br><br>v.<br><br>ELITE FIBER, LLC, JOHN MUSCHALEK, And LINDA MUSCHALEK,<br>    *Defendants*. | §§§§§§§§§§§ SA-24-CV-1393-JKP (HJB) |

**CONSENT ADVISORY TO THE CLERK OF COURT**

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

☐ <u>I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636</u>. The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal must be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☒ I Do Not Consent to Proceed Before A United States Magistrate Judge. The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge, and prefers that this case proceed before the District Judge.

Defendants Elite Fiber, LLC, John Muschalek       Dated: <u>May 21, 2025</u>.
<u>And Linda Muschalek</u>
Party Name (Printed)

*/s/ Scott R. Breitenwischer*
Scott R. Breitenwischer