UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WESLEY MCANALLY on Behalf of Himself and All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-1393-JKP |
| ELITE FIBER, LLC, JOHN MUSCHALEK, and LINDA MUSCHALEK, | § § § § | |
| Defendants. | § § | |

**INITIAL SCHEDULING ORDER**

The matter before the Court is the status of this case in which Plaintiff asserts claims on behalf of himself and other similarly-situated individuals under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*. (Docket Entry 1.) Pretrial and scheduling matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 5.)

In accordance with the Court's ruling at the Initial Pretrial Conference held on today's date, it is hereby **ORDERED** that the following dates are entered:

1. On or before **June 20, 2025**, the parties must submit a Joint Report indicating their agreement regarding a method of ADR, an ADR provider, the method of compensating the provider, and a date for completing the ADR proceeding, no later than the date set out in Paragraph 3 below. *See* Local Rule CV-88(a).

2. On or before **August 22, 2025**, the parties must complete discovery concerning the propriety of issuance of notice of a FLSA collective action.

3. Parties must complete the agreed mediation or other ADR proceeding **September 8, 2025**. At the conclusion of any ADR proceeding, a report must be filed with the Court. *See* Local Rule CV-88(g).

4. On or before **September 22, 2025**, Plaintiff must file a motion for issuance of notice of a FLSA collective action. Defendant's response to Plaintiff's motion must be filed on or before **October 14, 2025**, and Plaintiff's reply must be filed on or before **October 24, 2025**.

5. **Within fifteen (15) days** of the date of the Court's ruling on any motion filed under Paragraph (4), the parties must confer and submit a Joint Advisory recommending subsequent deadlines to be entered in the case.

**SIGNED** on May 21, 2025.

Henry J. Bemporad
United States Magistrate Judge